

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

MEMO ENDORSED

January 21, 2020

United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Attn:  Hon. J. Kenneth M. Karas

Re:    Thurmond v. Thomas-Walsh et. al., Index No.: 18-CV-409 (KMK)

Dear Hon. J. Karas:

In this matter, this Office represents both named defendants, Avion Thomas-Walsh and Frederick Bernstein. This letter is regarding the Court's calendar notice (ECF No. 32) setting a Rule 16 conference on January 29, 2020. Defendants' counsel is defending a deposition on the same date and cannot attend a conference on this day and time. The following dates are available:

❑ Friday 1/31/2020
❑ Monday 2/3 /2020
❑ Tuesday 2/4/2020
❑ Any day the week of 2/10/2020

Granted.

The conference is moved to
2/4/20, at 10:30

Respectfully submitted,

J. Powers

J. Powers, AAG

So Ordered.

1/21/20

Cc:    Kevin Thurmond 00-A-5247
       Woodbourne Correctional Facility
       99 Prison Road
       P.O. Box 1000
       Woodbourne, NY 12788

The Clerk of the Court is directed to
mail a copy of this Order to the Plaintiff