UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KEVIN THURMOND,

                Plaintiff,

v.                                                 ORDER

AVION THOMAS-WALSH and FREDERICK      18-cv-00409 (PMH)
BERNSTEIN,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In light of Magistrate Judge McCarthy's stay of discovery pending the Court's decision on Defendants' pending motion to dismiss, the Court cancels the July 7, 2020 case management conference. The conference will be rescheduled by the Court after decision on the motion to dismiss and once discovery has concluded.

                                                 **SO ORDERED:**

Dated: New York, New York
           July 1, 2020

                                                 Philip M. Halpern
                                                 United States District Judge