UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN THURMOND,

                Plaintiff,

v.                                                    ORDER

AVION THOMAS-WALSH and FREDERICK       18-cv-00409 (PMH)
BERNSTEIN,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      On April 6, 2020, Defendants filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (Doc. 43). The memorandum of law in support of Defendants' motion refers to the "declaration of Senior Mail Clerk Brenda Clark" dated April 3, 2020, which is purportedly attached as Exhibit A to Defendants' motion. (*See* Doc. 44 at 1). However, no such Declaration is attached to Defendants' motion. (*See* Doc. 43-1).

      Accordingly, by January 8, 2021, Defendants are directed to file the referenced Declaration of Brenda Clark or to notify the Court that no such Declaration exists. Counsel for Defendants is directed to mail a copy of this Order to Plaintiff at the address provided on the docket and provide proof of service on the docket.

                                                               **SO ORDERED:**

Dated: New York, New York
       January 5, 2021

                                                         _____
                                                         Philip M. Halpern
                                                         United States District Judge