UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN THURMOND,

                Plaintiff,                    18 **CIVIL** 0409 (PMH)

      -against-                         **JUDGMENT**

DR. AVION THOMAS-WALSH, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 30, 2022, Defendants' motion for summary judgment is GRANTED and the Complaint against Defendants is dismissed with prejudice in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
           January 3, 2023

                                            **RUBY J. KRAJICK**

                                                      Clerk of Court

                          **BY:**

                                                        **Deputy Clerk**